# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Trademark Holder Identified in Exhibit 1, et al.

                    Plaintiff,

v.                         Case No.: 1:22−cv−00453

                         Honorable Franklin U. Valderrama

Does 1−466, As Identified in Exhibit 2, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 15, 2022:

    MINUTE Entry before the Franklin U. Valderrama: Plaintiff's Motion for Entry of Default and Default Judgment against all remaining defendants as listed in Plaintiff's Memorandum in Support of Its Motion for Entry of Default and Default Judgment [31] is granted. Enter Final Judgment Order. All other pending motions, including Plaintiff's motion for extension of the temporary restraining order [14] and Plaintiff's motion for a preliminary injunction [19] are terminated as moot. The ten thousand dollar ($10,000) surety bond posted by Plaintiff, including any interest minus the registry fee, is hereby released to counsel of record for Plaintiff, Rishi Nair of Nair Law LLC. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Rishi Nair of Nair Law LLC, 161 N. Clark Street, Suite 1600, Chicago, Illinois 60601 via certified mail. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.