## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Gravity Tools, LLC, | ) | No. 22-cv-453 |
| Plaintiff, | ) | |
| v. | ) | Judge Franklin U. Valderrama |
| Guangzhou Linke International Trade Co., Ltd. *et al.*, | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Gravity Tools, LLC ("Gravity Tools") against the defendants identified on Schedule A below, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A below (collectively, the "Defendant Internet Stores"), and Gravity Tools having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having previously issued an *ex parte* Temporary Restraining Order authorizing Gravity Tools to serve defendants via email; Gravity Tools having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants based on Gravity Tools's unrebutted assertions that Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Gravity Tools has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Gravity Tools' federally registered trademark for GRAVITY HOOK (the "GRAVITY HOOK Trademark") to residents of Illinois.

In this case, Gravity Tools has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the GRAVITY HOOK Trademark. *See* Docket No. 8, Attachment Nos. 3–12, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of authentic goods featuring the GRAVITY HOOK Trademark as listed below.

| Registration # | Registered Trademark | International Classes |
|---|---|---|
| **5,505,093** | **GRAVITY HOOK** | CLASS 8: Hand-operated multifunctional tool, namely, a tool capable of use as a mechanical claw and as a grappling hook |

The Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, the Court orders that Gravity Tools' Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the GRAVITY HOOK Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Gravity Tools product or not authorized by Gravity Tools to be sold in connection with the GRAVITY HOOK Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Gravity Tools product or any other product produced by Gravity Tools, that is not Gravity Tools's or not produced under the authorization, control, or supervision of Gravity Tools and approved by Gravity Tools for sale under the GRAVITY HOOK Trademark;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

        Gravity Tools, or are sponsored by, approved by, or otherwise connected with Gravity Tools; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Gravity Tools, nor authorized by Gravity Tools to be sold or offered for sale, and which bear any of Gravity Tools's trademarks, including the GRAVITY HOOK Trademark, or any reproductions, counterfeit copies or colorable imitations.

2.  The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within ten (10) business days of receipt of this Order, shall, at Gravity Tools's choosing:

    a.  transfer the Defendant Domain Names to Gravity Tools's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Gravity Tools's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Gravity Tools's selection; or

    b.  disable the Defendant Domain Names and make them inactive and untransferable.

3.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace

platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within ten (10) business days of receipt of this Order cease:

> a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the GRAVITY HOOK Trademark; and
>
> b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the GRAVITY HOOK Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Gravity Tools product or not authorized by Gravity Tools to be sold in connection with the GRAVITY HOOK Trademark.

4. Upon Gravity Tools's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the GRAVITY HOOK Trademark.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Gravity Tools is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful use of counterfeit GRAVITY HOOK Trademark on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting

    Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Gravity Tools as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Gravity Tools the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

8. Until Gravity Tools has recovered full payment of monies owed to it by any Defaulting Defendant, Gravity Tools shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Gravity Tools identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Gravity Tools may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified by third parties.

10.     The Ten-Thousand dollar ($10,00) surety bond posted by Gravity Tools, including any interest minus the registry fee, is hereby released to counsel of record for Gravity Tools, Rishi Nair of Nair Law LLC, 161 N. Clark Street, Suite 1600, Chicago, Illinois 60601.

11.     A copy of this Order is to be provided to Defendants in the same manner that all other notices and orders have been provided.

This is a Final Judgment.

Date: 6/15/2022

_____
United States District Judge
Franklin U. Valderrama

## Schedule A

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 27 | Fanou Department Store | A34JCM7451P1I9 | yaqian20210629@163.com |
| 29 | HMYUS | A3NWRZZ5VQYI0F | hmy1999116@outlook.com |
| 33 | kangkai-dian | A1VKWVRIM8C2Y9 | kangkaibangong6@126.com |
| 34 | LE DOU | A2YLF185034L50 | abcleadsinc@126.com |
| 36 | LOVIT | A1T526XQLFGNYG | weiqixieruibo@163.com |
| 37 | marte | A9DM1UF7YZJA6 | jechmart@hotmail.com |
| 39 | Monicater-us | A3UHT2C0PD0FOL | monicater.ltd@outlook.com |
| 41 | nananshifengzhouzhenyashukezhan | AOHUQCRYZM855 | irft1u3ptph7@outlook.com |
| 42 | ONM World | A1R4U6VHN8JY33 | 275515534@qq.com |
| 43 | prosaice | A1GZDSFRIQR82Z | magentay@163.com |
| 44 | SHENZHEN YICHU EBUP 41319 | A2OZGGGMEJQI01 | 52698324@qq.com |
| 45 | SmileMaxPro | A1QBU9GKK4BS2P | oneline2017@163.com |
| 46 | TONGYI | AMMVXLVBOE9N | beautygirl2017@sina.com |
| 53 | Buy_home | 21580140 | 2481670353@qq.com |
| 54 | Haitaotao | 21635762 | m16508744249@163.com |
| 56 | lped2016 | 20191207 | zhangbei94969@163.com |
| 58 | Lyqlove | 21609437 | 3625347146@qq.com |
| 60 | Tuiyunzhang | 21635790 | m16558803934@163.com |
| 61 | Wholesale3c888 | 21665433 | 2024144649@qq.com |
| 62 | Xuaneuzhu | 21635779 | m16558803934@163.com |
| 63 | Yunlanzong | 21631164 | m16560994075@163.com |
| 64 | Yyangzi | 21635752 | m16508744249@163.com |
| 67 | 7779311d | 7779311d | kaos8585@yahoo.com |
| 68 | abeiz23 | abeiz23 | neborrfv@163.com |
| 69 | accesoriosymuchomas | accesoriosymuchomas | martinluciani777@gmail.com |
| 73 | anyar_gress | anyar_gress | itafzahrani5@gmail.com |
| 76 | bambasales | bambasales | olig.ebay@gmail.com |
| 77 | beauty66star | beauty66star | mxmcebay006@163.com |
| 80 | bettershopping-2021 | bettershopping-2021 | e062_ebay@163.com |
| 88 | businesswithmee | businesswithmee | rob.bogucevicius@gmail.com |
| 89 | buvi1960 | buvi1960 | chicagobutch81@yahoo.com |
| 92 | buyersatisfaction2018 | buyersatisfaction2018 | rapadamsas@gmail.com |
| 93 | chansa00 | chansa00 | chansana2000@gmail.com |
| 98 | dcstore_5223 | dcstore_5223 | peidn2@naver.com |
| 101 | deermale | deermale | ur753q@163.com |
| 107 | dushaedirisingh_0 | dushaedirisingh_0 | edirimadu93@gmail.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 110 | elecking.mall20 | elecking.mall20 | elecking.mall@hotmail.com |
| 115 | farab67 | farab67 | farizrabani18@gmail.com |
| 117 | fire_evolution | fire_evolution | kzqdu57032704@163.com |
| 118 | fire_origin | fire_origin | gezdtt8613368@163.com |
| 120 | fullmoonsurfshop | fullmoonsurfshop | fullmoonsurfco@gmail.com |
| 121 | funtostore | funtostore | funtomall@hotmail.com |
| 122 | gaiji-44 | gaiji-44 | gaijiechui9@163.com |
| 124 | giladmandler | giladmandler | hughhherrera9630@gmail.com |
| 126 | ha-smile-2 | ha-smile-2 | tgx282323@163.com |
| 127 | ha-smile-4 | ha-smile-4 | jhhol301gzbb@163.com |
| 128 | happysummer11 | happysummer11 | mxmcebay011@163.com |
| 129 | home-lifebang | home-lifebang | linduansiyou1788@163.com |
| 140 | keondrblackmo_0 | keondrblackmo_0 | dreslikk@yahoo.com |
| 141 | kinksfanforever | kinksfanforever | mawilliamsenterprises@gmail.com |
| 142 | leligine | leligine | youyu0755@outlook.com |
| 143 | lenmengfine-4 | lenmengfine-4 | shoujiupang93@163.com |
| 144 | lepo-beauty | lepo-beauty | betteradd@hotmail.com |
| 148 | linxia-2136 | linxia-2136 | linxiangjx92@outlook.com |
| 151 | loveyourself13 | loveyourself13 | mxmcebay013@163.com |
| 152 | lteach1 | lteach1 | lteach1@comcast.net |
| 156 | manabeng | manabeng | cnuioadf@126.com |
| 158 | michn-mari | michn-mari | philmaria4012@gmail.com |
| 159 | mistariot | mistariot | tbrown039@outlook.com |
| 160 | mobilon2013 | mobilon2013 | ChartrandArthor1993@hotmail.com |
| 162 | moroil7 | moroil7 | anton2007_fx@yahoo.com |
| 163 | motivayao | motivayao | yaowngmao2@outlook.com |
| 165 | n.n3288 | n.n3288 | landv1668@gmail.com |
| 173 | oneplusplus | oneplusplus | jkhebay03@163.com |
| 174 | parker-hayden | parker-hayden | parkerhayden487@outlook.com |
| 176 | polinapch21 | polinapch21 | polina.pchavdarova@yahoo.com |
| 188 | roni.bena9278 | roni.bena9278 | benarroch.ronit@gmail.com |
| 189 | roos6098 | roos6098 | morlolo1979@gmail.com |
| 190 | salesnut | salesnut | jhance46158@aol.com |
| 191 | salmoph_29 | salmoph_29 | lifeng11fen@outlook.com |
| 196 | shangdu02 | shangdu02 | eshangdugj02@outlook.com |
| 204 | softwind.red | softwind.red | xikenzhan774@163.com |
| 205 | spatton40 | spatton40 | spatton40@hotmail.com |
| 208 | sunsah-86 | sunsah-86 | sunardisahuri@yahoo.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 210 | superbestprice | superbestprice | chinabestsuperman@gmail.com |
| 211 | taarus-0 | taarus-0 | taarusi0@gmail.com |
| 218 | thesurvivalisland | thesurvivalisland | thesurvivalisland88@gmail.com |
| 222 | tnrf | tnrf | deividastenerife@gmail.com |
| 228 | tzachik11 | tzachik11 | benywulkan102102102@gmail.com |
| 233 | vg-linko | vg-linko | 7410985@qq.com |
| 237 | wl-gfknemrnc | wl-gfknemrnc | nemrcg@yeah.net |
| 248 | yellowgo69 | yellowgo69 | yellowsaflow@outlook.com |
| 251 | your.best.price | your.best.price | 106sosta@gmail.com |
| 254 | zalex123 | zalex123 | zalex12345@gmail.com |
| 258 | 18657720309 | 59818a27b771732fbdcdc1d0 | neatthao@hotmail.com |
| 259 | 18144288489@163.com | 590f20311f63b32ed09256aa | peanuttswang@hotmail.com |
| 260 | 2859700573@qq.com | 58496634ef56286bf4b42f8e | dengmou1819@163.com |
| 261 | aiboaibo | 58cd471178bdec52022734d4 | aibooy@hotmail.com |
| 262 | aliz | 597899818696be5612df0530 | judgety@hotmail.com |
| 263 | arbitraries | 5ecb6b28d997eb0e0bbc36c4 | arbitraries@yeah.net |
| 264 | arraylists1 | 5ec5d564b519b217802da5ff | arraylists@126.com |
| 265 | Aututer33 | 5efeb81270199f1d69ed2464 | sekktp33dd740@126.com |
| 266 | Badgirl2358 | 56e0e5838c246718db1c722f | badgirl2358@hotmail.com |
| 268 | Barndoor | 5b14afd8d1c360042efc6cf4 | grehome@sina.cn |
| 269 | Beathyclube | 56f270da8c88506d6fda5d96 | beathyclube@hotmail.com |
| 270 | beijingzhongxinjiechuangkejiyouxiangongsi | 55ff7f9bb7e8d1429bf368bd | 3150706270@qq.com |
| 271 | Best4you | 540563811d2d435c4e300778 | tomtopgame2015@gmail.com |
| 277 | Brenda Price | 58a1a1335779387d5d5ede20 | littletoone@hotmail.com |
| 278 | bromickras | 5fd2a3f33c5b1c11cc3fd265 | pview258@mail.ee |
| 279 | bu xiang bao9547 | 6004f54dd3d832f7860a4d42 | nj993vxbx3426@163.com |
| 280 | budijkdr0z | 5e80ad08b6aaabedb3021da5 | budijkdr0z@mail.com |
| 282 | Burning-heart | 563b2d1c2b6c3858a6c8d124 | amch536@126.com |
| 283 | Butterfly Fashion | 5526876707a8270c098a88ea | wishs2021@163.com |
| 284 | camd2580 | 5dedeb16a35084021e4a2d54 | lkaouk044071@163.com |
| 285 | caoxiaojuan | 5905d51051208640561ad337 | shelleily@hotmail.com |
| 286 | Car jewelry franchise stores | 590d3729fe87d220632dcc5c | 1466546312@qq.com |
| 287 | chancesilent | 5880667d75636a4ce5438971 | chancesilent@hotmail.com |
| 288 | chao Liu shi zhung | 58a421015779384954f1ca2c | d8084963@163.com |
| 290 | chloeytbb | 5e8c270d39b090a8496eacb8 | chloeytbb@163.com |
| 291 | closfbess | 5e8bea030a83cb18080006be | closfbess@163.com |
| 293 | combinatorial | 5ecb5fc9a9237c29c08ce485 | combinatorial@yeah.net |

| Doe # | Store Name | SELLER ID | Email Address |
|---|---|---|---|
| 294 | contactratio | 5ecf5f56994bb575e3fa9e48 | contactratio@126.com |
| 295 | CooperTown | 5fd909c64eed91e0173702a4 | leonardcooper56@hotmail.com |
| 296 | corbet471meb8x | 5e80a8b4a7582943727ab215 | corbet471meb8x@mail.com |
| 297 | crankracker | 5ec349e2544e341da1ad2589 | crankracker@163.com |
| 298 | cwhjun_hh | 588328df7d0cd84ca0b99fcb | 1303300869@qq.com |
| 299 | Cwhjun_kk | 58896a40e5c8a54e084440d4 | 762108453@qq.com |
| 301 | Dear Buyer | 578cd30088eb7a558b0e807a | 2803323143@qq.com |
| 303 | Defensester | 5fd381a0c64c70806c76a9ba | andreaster4@hotmail.com |
| 304 | DesignsByMaral | 58a1a77f57793850d45f4e15 | lessyu@outlook.com |
| 305 | dialoguehe | 5dfc79d293dbe111816ce0d7 | dialoguehe@163.com |
| 306 | dongzhiqiang245a | 5fcaf8f554f7cf2ab35b7a6d | rug5228@163.com |
| 307 | drivinglink | 5ecf2a4598cba623fb4035d1 | drivinglink@163.com |
| 308 | DuibayuevBx | 5e7730465fa90790539ccc52 | x5c61cxxsjp@163.com |
| 309 | dulang | 58ca66c23a8bc86f5fcaffa0 | rdr34106194@163.com |
| 310 | eanlvygeb | 5f47865cde35101eb5f3f672 | bffht9@163.com |
| 311 | Eeeshopping | 56f659b33f73195860121df8 | eee-shopping@hotmail.com |
| 312 | Egbert i | 5f8014abd6dfc5c246a1a27d | shisu13983@163.com |
| 313 | el paraiso3 | 5f9af7b50e46e9bd1ac80429 | w.allsamanda543@gmail.com |
| 314 | enbot | 553a2481bd460e1aa2cbfbf3 | 616798747@qq.com |
| 315 | equationsa | 5ec78a6c09e2ca2ed226e381 | equationsa@163.com |
| 316 | estribillos | 5f9ad2330e46e9dc7fc80388 | etivisay@aol.com |
| 317 | F6F6F6 | 5e927f09a93efffa0047e136 | zhirenbu55141@163.com |
| 318 | Fashion Planet | 548545e040b37826a4032c9d | fashionplanet666@hotmail.com |
| 320 | fashiontribe88 | 54cef7917414a820a69cb317 | fashiontribe888@hotmail.com |
| 321 | fast88 | 5d5cd7a7283abc0a846637ba | lieyh9550@163.com |
| 322 | Fastcar269 | 56dfc732fec6fd16ae97c4a7 | fastcar269@hotmail.com |
| 323 | Feifeimarket | 56e9213421790d4d20cc76ed | feifeimarket@hotmail.com |
| 324 | fengyihighdream | 5788e02816b28971f2453563 | e29624648fenwen52@163.com |
| 325 | fengyitang | 568c804aaa9b28329e675816 | nicole.z@hogido.com |
| 326 | fibrecorrosion | 5ed7302a5b99b004a941b30d | fibrecorrosion@163.com |
| 327 | foreversmaa | 58a55fa9096b2d7e482148fc | foreversmaa@hotmail.com |
| 328 | francisk | 5fcd457a68d20e363da1af20 | kimb_francis30@hotmail.com |
| 329 | freezewo | 5e01a4c8841eb25c9c801572 | freezewo@126.com |
| 331 | fydhcud | 606079b9cdcba50041b49aee | ogckcgm6206284@163.com |
| 332 | g6g6g6 | 5e9276071a25ab29e0b76811 | qucuqu817776@163.com |
| 333 | gexiangjilln | 5fcb54a98540d1962b1e6afb | cuf0773@163.com |
| 334 | GoldenRice | 59131418864e5c433d8735f2 | hdjandgdid@outlook.com |
| 335 | Graceful home | 579ab30d629c38148bd9ae1e | 79204913@qq.com |

| Doe # | Store Name | SELLER ID | Email Address |
|---|---|---|---|
| 336 | Granfred | 60bf5e1bd17094b1beefdd0d | granfred29@gmail.com |
| 337 | Guillermo aliaga ayala | 5dc46ea41d170b28fb272276 | xo4jo06zkh@163.com |
| 340 | HairComestheBride | 5875d7b8f692cc4cc79aa96f | zhizhang6680449@sohu.com |
| 342 | Harvest | 569e06562655a90dc18ca902 | u4809894beik@163.com |
| 343 | hezhicong163 | 58d7a706c430d85352ebcaa3 | wisdomhe@hotmail.com |
| 344 | Honest Market | 54bc7f05d7df3c093bf46f9a | honestmarket@hotmail.com |
| 345 | Hopefine | 56e904b971317d587ad08b6e | hopefine521@hotmail.com |
| 347 | hututuy | 59637a1a905fdb0a1b506642 | gardenhon@hotmail.com |
| 349 | jiazhuang | 5971db29439a98231b25e0e3 | robustit@hotmail.com |
| 350 | jimnoejam | 5879c9894b8d314cba0a5525 | carerorro@hotmail.com |
| 351 | Keeptheway | 598972792afd3519b075a0fb | guozhicheng2017@126.com |
| 352 | Kuilongju | 5faced8099d965575e3954a6 | sou5435@163.com |
| 354 | liuyanan1 | 58db27a4d687a60c3ebcad3c | yanamliu@hotmail.com |
| 355 | liyunjing | 58f5c9406ed7c567d5617ac2 | sceneyunli@hotmail.com |
| 356 | Lonelybar | 56ea7114bb8d776563045000 | lonelybar@hotmail.com |
| 357 | Love-Home99 | 561dea88782fdc0f35ca5f27 | fxfttmlkf68918@126.com |
| 359 | luoluo6668 | 58f614409a027c7df17c1bf0 | kcvvkuh3@163.com |
| 360 | luostorey | 5b08c1b0d859571911186ff8 | luostore@21cn.com |
| 361 | machiningchassis | 5ed5fe36ba6c9111db6b4d49 | machiningchassis@163.com |
| 362 | Magicspace | 56f27bcb14355e72d6d4b11b | magicspace258@hotmail.com |
| 363 | manufacturingis | 5eccaf5824daa103f02d7888 | manufacturingis@163.com |
| 364 | mape39 | 5d7f4f59b6b4c23c83cd30f6 | wellfullbt@aliyun.com |
| 365 | Markers | 5847aa00582efa08a24a71a8 | kenlanleichenggo@163.com |
| 366 | memordete | 5859e985f799dd4cac99e6a5 | wenfeeoo@hotmail.com |
| 367 | Meri1212 | 5ddc9cf899da51277d7a98a7 | meriangonzalez6c@outlook.com |
| 368 | Michel Beka | 5fd94d1e61f56c12d91278a1 | michelmartin98@outlook.es |
| 369 | Miguelcuenta | 5e082e77a5775355c70361a8 | dejiazhi4012@163.com |
| 370 | Miri Shalom | 5859fe73728de6669788dc9f | tenleepy@hotmail.com |
| 371 | mirianshow | 5de58deab69679ba86121f8e | jjvdw62478206@163.com |
| 372 | Mood Wood | 56e6933254015c586df3da9a | tuolao971tangson@126.com |
| 374 | Moorishon | 5f7d1a36ba884c06e60762d0 | voqjyk@163.com |
| 375 | Mounoddtainout | 5a61a94e0c47f379e837a12e | k62097052@163.com |
| 377 | Myrianyy | 5e97cbabfeee1d030181dc77 | soufang41219219@163.com |
| 380 | nianlihuahua | 596c70055dd45b720df72038 | gorgeouce@hotmail.com |
| 381 | No. 8 baby shop | 58e8e5c573eea8156cab198c | hallsmart@hotmail.com |
| 383 | olivier4xiav7nm | 5e80b2bfdcc861ac18baf7d7 | olivier4xiav7nm@mail.com |
| 384 | one88ok11 | 5d5cbc4c5492fb5021e118b5 | yaoqikan40e@163.com |
| 385 | outdoorgadgets | 580d9afd732c2119942a59dd | z9647790shoufanfu@163.com |

| Doe # | Store Name | Seller ID | Email Address |
|---|---|---|---|
| 386 | Panaderiasuprema | 5fdc1c6e1d013518f79e1892 | franchesca67891@hotmail.com |
| 388 | Paodouchikl | 5e6cc03e29e78629badd6de4 | womeihuai685@163.com |
| 389 | pasareladedicada | 5fda5e2f4eed9154283702b9 | dolfo.quin@gmail.com |
| 390 | Peterrre3 | 5f42be3736d3820eec1a41c9 | nxbwt53ihgh@163.com |
| 391 | Petty woman Museum | 5847f4acd914f523174bd72b | taohuang959555@163.com |
| 393 | Pom_shop | 5e160ba08f9c7815c2dc751e | pjio3424yirb@163.com |
| 395 | powersupportmaste | 587a07cb59b3264e3c5d0258 | zzzzzliu@hotmail.com |
| 396 | preferences1 | 5ec6330d29e7863e65454434 | preferences@126.com |
| 397 | qiyt0537 | 5b934bac667c9921e9196f2d | jingling57868@163.com |
| 398 | Reaction Fashion | 5fdb818248d0e1072b23e50c | sergioramos45190@hotmail.com |
| 399 | revolutejoint | 5ecf50ea9a4a7c63927b25a1 | revolutejoint@163.com |
| 400 | reyesmv | 60652d7bc4350b11021ac0a5 | mcsosewuvvb@hotmail.com |
| 401 | Rigaruecking | 5fd2e4b6af22832e82c57839 | rigaruecking@hotmail.com |
| 402 | ringringlee | 582d0acb0d446304013f7355 | ringringlee2@hotmail.com |
| 403 | Rino88 | 5ddeb827fc5c332587e518bb | jinamen99@163.com |
| 404 | Rochel | 5f7fc9ccf2026027379b1a9d | tuanshigu1jx@163.com |
| 405 | Ropas | 5ded9af129e786128337a556 | imdkcj001fiyq@163.com |
| 406 | rotatingspeed | 5ecf30eeeafa2f25eb0061e2 | rotatingspeed@163.com |
| 407 | rxl | 58e4c2bb2c37071050433262 | prettyyruan@hotmail.com |
| 408 | Sandra roblesyy | 5e97cdac0da32219a00eda29 | xinlan8570516@163.com |
| 409 | shapeagent | 5f695ec16cc7229c8933914f | shapeagent@163.com |
| 410 | Shareene boutique | 585914e80bbca7506d6fc678 | kingringcee@hotmail.com |
| 411 | shenzhenaixikejiyouxiangongsi | 541ebb3682b9ac03b343ab25 | sales030isee@gmail.com |
| 412 | showacloud | 586ca6288f993a4fddb87b50 | showacloud@hotmail.com |
| 413 | Significat | 5879e0ba2f04590cd28692e7 | moowchen@hotmail.com |
| 414 | Singledog | 56de79eb0be3ef12bf58c7e0 | singledog231@hotmail.com |
| 416 | Smaller Shop | 55a483153ca4b753fde66834 | hc2p5f@163.com |
| 417 | SolutionsJJ | 5fd3a9fb9a34f4a938cece55 | chavezjj2308@gmail.com |
| 419 | Strongbod | 60db466ef82dc5611e424a78 | grobinsonwinifred@gmail.com |
| 420 | Su Xiaofeng Decoration Shop | 5d4f92237edfad1b3a0a662a | jonathanvalentinapgffyw@yahoo.com |
| 421 | Sunshinegirl678 | 56e0ef3df6297b1c5e29689a | sunshinegirl678@hotmail.com |
| 422 | Sup_inn | 5a3a157e34e7201b2ca29f14 | vivalavida233@outlook.com |
| 424 | The Yellow Peony | 585bbdcdeeca244ca3a6f5e4 | smallymisic@hotmail.com |
| 425 | Tuesday-shinesun | 57a9a456daf28b18968a1ebc | jogu43@163.com |
| 426 | tuzhengxue25780 | 5f279c8f0ee7f7b523098088 | jbh3832@163.com |
| 427 | UK-Debra | 585236eaba7e476a8cbef51e | ukdebra@163.com |
| 428 | Unexpected.store | 562f0cda3a698c08d6626903 | gsapej8k4197@126.com |

| Doe # | Store Name | SELLER ID | Email Address |
|---|---|---|---|
| 429 | Velandis Bags | 5fdae0c66ae0e6433ed06b0e | velajv1995@gmail.com |
| 430 | Viop | 5fdc1f43c11daf1bd7eb8b75 | oliverfreet@hotmail.com |
| 432 | Wabralarm | 5d453e4672b0c92d8eff9858 | abralarm@outlook.com |
| 433 | wangruipeng | 5eaa3d1ec39bce3a026fc0b3 | dulun85@163.com |
| 434 | wcl-1 | 58d0a47612c38050a1cc9a09 | chomlywan@hotmail.com |
| 436 | welia | 59632044c25081105fd76b87 | osieryee@hotmail.com |
| 438 | wfxdcx | 58d477c939c21f534ba493c7 | 15526872102@163.com |
| 439 | Whombetterone | 59db3de9198b9645b8b219f5 | dishakang6@163.com |
| 441 | Womenflowers | 56de8244cfa38616a21d1de9 | womenflowers@hotmail.com |
| 443 | XianyanangchifBe | 5e6ce9a829e7860e81df5cff | lankoukao92@163.com |
| 444 | xieliming | 58d76e35ea8ec352b3adff98 | dawnnyxie@hotmail.com |
| 445 | xiwang2370 | 5b70044bdd0e310528072761 | kfm802697@sina.com |
| 447 | YajiaoshenrengnA | 5e6ccc2deb2b3384d57594d4 | fangrongao062@163.com |
| 448 | yaner_demon | 58d4f1abc7b73b15ffb9c8c9 | redbrilliant@hotmail.com |
| 449 | yaojianying | 58d771fdea8ec352b3ae0031 | swordyee@hotmail.com |
| 451 | YifuchiqieivS | 5e6462011c32cb0626119e5e | elijahhermanneuovp@outlook.com |
| 453 | yonghuigogo | 5582944fecacc425bdf7dc55 | yonghui_wholesale@163.com |
| 455 | yuanhaiweida | 58551b81728de604ac95e19d | chaodongtangyayu@163.com |
| 457 | yuxiaofang | 5b0f642cfca6e00303254137 | 13706078161@163.com |
| 458 | yuyapeng | 59034140eb13661112cf26e1 | soaringyu@hotmail.com |
| 459 | zankodll | 5e8c23ab9c59ad33d4c41564 | zankodll@163.com |
| 460 | zenphyre_mktg | 58a10bfe87c7124f458b4193 | mirrorrzhang@hotmail.com |
| 461 | zhangjianru0 | 59b7de294b913a5bbd38c609 | wishs2023@163.com |
| 462 | zhaohequn3578 | 6055a344a86d43663e7aaeca | bvnoy02@163.com |
| 463 | zhihongzheng | 5974311d5b25536d84bdc506 | idealery@hotmail.com |
| 465 | zhouxin22 | 596b73b50e2d89738592e121 | valiant2017@sina.com |
| 466 | zys0114 | 59707125a3f80c60cc6a4ca4 | sandyyeea@hotmail.com |